IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


WARREN PETRENA,

      Plaintiff,

v.                                                                      CASE NO. 1:04-cv-00441-MP-AK

DEBRA HAMILTON,
CARSON MCCALL,
WANDA MCMULLAN,

      Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 38, Report and Recommendation of the

Magistrate Judge, recommending that Defendants' Motion for Summary Judgment, Doc. 19, be

granted and this cause dismissed for failure to state a claim upon which relief may be granted

pursuant to 28 U.S.C. § 1915(e)(2).  The Magistrate Judge filed the Report and Recommendation

on Tuesday, March 14, 2006.  The parties have been furnished a copy of the Report and have

been afforded an opportunity to file objections.  Furthermore, plaintiff requested and was granted

an additional extension of time in which to file any objections to the Magistrate's Report and

Recommendation, Doc. 40.  Pursuant to Title 28, United States Code, Section 636(b)(1), this

Court must make a *de novo* review of those portions to which an objection has been made.  In

this instance, however, no objections were made.  Therefore, having considered the Report and

Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
            by reference in this order.

2.      Defendants' Motion for Summary Judgment, Doc. 19, is granted.

3.      This cause is dismissed for failure to state a claim upon which relief may be
        granted pursuant to 28 U.S.C. § 1915(e)(2).

**DONE AND ORDERED** this  *17th*   day of May, 2006


              *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge